# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
Mark Jerome Johnson Blount I;
**County of Residence:** Christian County

**Defendant(s):**
First Listed Defendant:
United States ;
**County of Residence:** Outside This District

Additional Defendants(s):
Bureau of Alcohol, Tobacco, Firearms and Explosives ;
Att. Gen. Merrick Garland ;
Bernard G. Hansen ;

**County Where Claim For Relief Arose:** Christian County

**Plaintiff's Attorney(s):**

**Defendant's Attorney(s):**

**CHALLENGE TO THE CONSTITUTIONALITY OF A FEDERAL OR STATE STATUTE (SEE FRCP 5.1)**
**Basis of Jurisdiction:** 2. U.S. Government Defendant

**Citizenship of Principal Parties** (Diversity Cases Only)
  Plaintiff: N/A
  Defendant: N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 440 All Other Civil Rights

**Cause of Action:** Declaratory judgment action seeking that this Court declare that the National Firearms Act, Gun Control Act of 1968, and Firearms Owners' Protection Act are unconstitutional in that they attempt to absolutely prohibit Plaintiff from keeping ordinary military weapons manufactured post-1986, in contravention to, and infringement of, Plaintiff's common law and constitutional rights to keep and bear arms.

**Requested in Complaint**
  Class Action: Not filed as a Class Action
  Monetary Demand (in Thousands):

**Jury Demand:** No

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Mark Jerome Johnson Blount

**Date:** 04/05/2023

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.