# FAMILY GENEALOGY OF THE BLOUNT FAMILY: THE DESCENT OF MARK JEROME JOHNSON BLOUNT I FROM WILLIAM LE BLUNT OF BELTON

I.  Mark Jerome Johnson Blount (born Mark Jerome Johnson on June 26th, 1990 in Atlanta, GA)

II. Allen Douglas Johnson (born December 5, 1959 at Moody Air Force Base in Valdosta, GA)
    a. married Sharon Kathleen Rom
       i.
       ii. Mark Jerome Johnson Blount
       iii.

III. Henry Curtis Johnson Jr. (born April 12, 1931 in Tennille, GA; died in 2012 in Dunwoody, GA)
    a. married Betty Joyce Wilson
       i. Allen Douglas Johnson (born December 5, 1959 at Moody AFB in Valdosta, GA)

IV. Henry Curtis Johnson Sr. (born March 2,1907 in Taliaferro County, GA; died November 9, 1991 in Valrico, FL)
    a. married Clara Blount (born October 27,1910 in Washington County, GA; died April 30, 1992 in Valrico, FL)
       i. Lewis Johnson (born in Sandersville, GA)
       ii. Henry Curtis Johnson Jr. (born 1931 in Tennille, GA)
       iii. Mildred Johnson (born in Tennille, GA)

V.  John Thomas Blount (born November 27, 1867 in Washington County, GA; died October 22, 1923 in Washington County, GA)
    a. married, firstly, Nephie Matilda Underwood
       i. Annalilly Blount (born 1893 in Washington County, GA)
       ii. John Thomas Blount Jr. (Thomas H.) (born 1894 in Washington County, GA)
       iii. Ella Lee Blount (born 1895 in Washington County, GA)
       iv. Sallie M. Blount (born 1897 in Washington County, GA)
    b. married, secondly, Alice Viola Yates
       i. Marie Blount (born 1901 in Washington County, GA)
       ii. Lula Leslie (born 1904 in Washington County, GA)
       iii. Roger Lawson Blount (born 1906 in Washington County, GA)
       iv. Cecil Odel Blount (born 1907 in Washington County, GA)
       v. Clara Blount (born 1910 in Washington County, GA)
       vi. Ray Blount (born 1914 in Washington County, GA)
       vii. Roy Blount (born 1915 in Washington County GA)
       viii. Sara Blount (born 1917 in Washington County, GA)

Exhibit 1

VI.     Sidney Francis Blount (born September 15, 1841 in Hancock County, GA, died August 26, 1912 in Washington County, GA)
- a.    married Elefair S. Webster
  - i.    John Thomas Blount (born November 1867 in Washington County, GA)
  - ii.    Emma (Lula) Blount (born May, 1870 in Washington County, GA)
  - iii.    Annie B. Blount (born 1872 in Washington County, GA)
  - iv.    Augustus M. Blount (born 1874 in Washington County, GA)
  - v.    Linnie M. Blount (born 1876 in Washington County, GA)
  - vi.    Sydney O. Blount (born 1878 in Washington County, GA)
  - vii.    E.N. Blount (born 1884 in Washington County, GA)

VII.    Isaac Blount III (born 1815 in Hancock County, GA; died 1881 in Washington County, GA)
- a.    married, firstly, Sarah Rebecca Ezell in Hancock County, GA
  - i.    Green Blount (born June 13, 1832 in Hancock County, GA)
  - ii.    Thomas Reading Blount (born July 15, 1834 in Hancock County, GA, married Susan Summerlin on March 26, 1866 in Barbour, AL, died after 1910 in Henry County, AL)
  - iii.    Rebecca Blount
  - iv.    Sidney Francis Blount (born 1841 in Hancock County, GA; died 1912 in Washington County, GA)
  - v.    Mary Blount

VIII.    (Isaac) Moab Blount (born 1781 in Pitt County, NC; died 1859 in Hancock County, GA)
- a.    married Anna -------- (born 1788 in South Carolina)
  - i.    Green Blount
  - ii.    Reading Blount (born 1810 in Hancock County, GA, died)
  - iii.    Isaac Blount (born 1815 in Hancock County, GA; died 1881 in Washington County, GA)
  - iv.    Henry Blount (born 1822 in Hancock County, GA, died )
    1.    had 9 children according to his Confederate States Army service pension application.
  - v.    Joab Blount
  - vi.    Rebecca (married Robert McCook)
  - vii.    Druscilla (married William McCook)
  - viii.    Elizabeth (married John Denton)
  - ix.    Mary (married David Hester)
  - x.    Sarah (married Samuel Mullins)
  - xi.    Martha Ann (married Thomas Logue)
  - xii.    Amanda Caroline (married Reuben Perdue)

IX.    Isaac Blount I (born 1755 in Pitt or Beaufort County, NC; died after 1840 in Hancock County, GA)
   a.   married Sarah Granberry before 1781
           i.   Moab Blount (born 1781 in Pitt County, NC, died by 1859 in Hancock County, GA)
           ii.  Isaac W. Blount (born 1783 in Pitt County, NC died in Carroll County, TN)
           iii. Abner Blount (born 1784 in Pitt County, NC, married Lydia, born in SC, in Georgia, died after 1860 in Franklinton, Ward County, LA)
           iv.  Granberry Blount (born 1791 in Pitt County, NC, married Sarah Miller on May 1, 1807 in Hancock County, GA, died by 4th February, 1852, in Carroll County, MS)

X.     Benjamin Blount, Member of the Pitt County, NC Committee on Safety during the Revolutionary War (born circa 1730 in Beaufort or Pitt County, NC; died after 1790 in Pitt County, NC)
   a.   married Penelope --------
           i.   Isaac Blount (born 1755 in Pitt or Beaufort County, NC, died after 1840 in Hancock County, GA)
           ii.  Mary Blount

XI.    James Blount (born circa 1714 in Beaufort County, NC; died after 1764 in Pitt County, NC)
   a.   married Katherine --------
           i.   James Blount Jr.
           ii.  Benjamin Blount (born circa 1730 in Beaufort or Pitt County, NC, died between 1790 and 1800 in Pitt County, NC)
           iii. Alice Blount
           iv.  Jacob Blount of Hencoop Swamp, father of Allen Blount of Hencoop Swamp and grandfather of Elias J. Blount of Contentnea Creek, member of the North Carolina Senate 1860-1861.

XII.   Thomas Blount (born circa 1680 in Chowan County, NC, formerly Albemarle Colony; died around 1729 in Bath County, NC)
   a.   married Ann Reading, daughter of Lionel Reading, sometime after 1708 in Beaufort County, NC
           i.   Reading Blount (born circa 1710 in Beaufort County, NC, died after 1776 in Beaufort County, NC)
           ii.  James Blount (born 1714 in Beaufort County, NC, died after 1764 in Pitt County, NC)
           iii. John Blount (born circa 1715 in Beaufort County, NC, died about 1765 in Beaufort County, NC)

iv. Jacob Blount (born 1726 in Beaufort County, NC, died August 17, 1789 at Blount Hall in Pitt County, NC), father of William Blount, Signer of the United States Constitution.

    1. William Blount, Signer of the United States Constitution (born March 26, 1749)

    2. John Gray Blount (born September 21, 1752)

    3. Reading Blount, Major, U.S. Army, (born February 22, 1757)

    4. Thomas Blount (born May 10, 1759)

    5. Jacob Blount Jr. (born November 5, 1760)

    6. Willie Blount, Governor of Tennessee (born April 18, 1768)

    7. Sharpe Blount (born April 4, 1771)

XIII. (Capt.) Thomas Blount (born before 1655 in England or Virginia; died in 1706 in Tyrell County, NC)

    a. married Mary Perry (Scott)(Blount)(Lee)

        i. Thomas Blount (born circa 1687 in Perquimans Precinct, NC, formerly Albemarle Colony, died about 1729 in Beaufort Precinct, Bath County, NC)

        ii. Benjamin Blount (born circa 1688 in Perquimans Precinct, NC, died by 1740 in Tyrrell County, NC)

        iii. Jacob Blount (born circa 1690 in Perquimans Precinct, NC, died about 1766 in Tyrrell County, NC)

        iv. Essau Blount (born circa 1690 in Perquimans Precinct, NC, died about 1712)

        v. Zilpha Blount

        vi. John Blount (born circa 1695, died between 1764 and 1766 in Tyrrell County, NC)

XIV. (Capt.) James Blount II, Esquire (born circa 1620 in Astley, Worcestershire, England; died in 1686 at Mulberry Hill Plantation, Chowan County, NC)

    a. married -------- (believed to have been Elizabeth Lewkenor)

        i. James Blount

        ii. Thomas Blount (born before 1655 in England or Virginia, died by 1706 in Albemarle Colony, NC)

        iii. Elizabeth Blount m. Thomas Hawkins** (This is important because Rev. Richard Augustine Blount, son of Thomas Blount of Surrey County, Virginia, and adventurer who helped survey the States of Georgia, Alabama, and Tennessee was educated in North Carolina among his Blount cousins in the Chowan County and Pitt County areas. At one point he visits a Col. Hawkins who claims kinship with Richard, and whose kinship Richard confirms; see, The Sketches and Adventures of Richard Augustine Blount)

iv. Ann Blount

v. John Blount (born 1669 in Chowan County, NC, died 1725 or 1726 in Chowan County, NC)

XV. James Blount I, Esquire of Astley (born circa 1600 in Astley, Worcestershire, England; died by 1655 when his brother, Charles Blount of Astley's will was written)

a. married --------

i. Thomas Blount, dsp.

ii. James Blount (born circa 1620 in Astley, Worcestershire, England)

XVI. Thomas Blount, Esquire of Astley (born around 1564 in Astley, Worcestershire; died after 1622, the year that he executed his last will)

a. married, firstly, --------

i. James Blount I (born circa 1600 in Astley, Worcestershire, England)

b. married, secondly, Bridget Brome

i. Francis Blount

ii. Charles Blount, Gentleman of Astley, whose will was proven in 1656.

iii. Christopher Blount

iv. Walter Blount

v. Katherine Blount Boyer

vi. Ann Blount

vii. Maria Blount

viii. Bazell Blount

ix. William Blount

XVII. Robert Blount, Esquire of Astley (born around 1539 in Astley, Worcestershire; died 1572 in Astley, Worcestershire)

a. married Anne Fisher

i. Thomas Blount, Esquire of Astley (born around 1564)

ii. Walter Blount

XVIII. Walter Blount, Esquire of Astley (born around 1487 at Kinlet Hall, Shropshire; died circa 1561 in Astley, Worcestershire)

a. married Isabel Acton, daughter of Walter (de) Acton of Acton Hall in Ombersley, Worcestershire, England

i. Robert Blount, Esquire of Astley (born around 1539)

XIX. (Sir) Thomas Blount of Kinlet (born 1455 at Kinlet Hall, Shropshire; died 1524 at Kinlet Hall, Shropshire)

       a.   married Ann Croft, daughter Sir Richard (de) Croft of Croft's Castle in Herefordshire
- i.   (Sir) John Blount of Kinlet
  1. Elizabeth Blount, mistress of King Henry VIII, and mother of the Duke of Richmond
- ii.   Walter Blount, Esquire of Astley
- iii.   Robert Blount
- iv.   Edward Blount
- v.   William Blount
- vi.   Arthur Blount
- vii.   Mary Blount Corbet
- viii.   Joyce Blount Gower
- ix.   Catherine Blount Smith
- x.   Anne Blount Massey
- xi.   Eleanor Blount Scriven

XX.   (Sir) Humphrey Blount of Kinlet (born circa 1422 at Kinlet Hall, Shropshire; died circa 1477 at Kinlet Hall, Shropshire)
- a.   married Elizabeth Winnington (died by , when her will mentioning her son was probated)
  - i.   (Sir) Thomas Blount of Kinlet (born circa 1455)
  - ii.   Edmund Blount
  - iii.   William Blount
  - iv.   Walter Blount
  - v.   John Blount
  - vi.   Mary Blount Pygot

XXI.   John Blount
- a.   married Alicia de la Bere
  - i.   (Sir) Humphrey Blount of Kinlet

XXII.   (Sir) John Blount of Sodington (born after 1345 at Sodington Hall; died 1425 at Sodington Hall, Mamble, Worcestershire)
- a.   married, firstly, Juliana Foulhurst
  - i.   John Blount, ancestor of the Blounts of Sodington Hall
- b.   married, secondly, Isabel de Cornwall, daughter of (Sir) Brian de Cornwall of Kinlet, descendant of Richard, Earl of Cornwall, and Maud le Strange, daughter of Baron Strange of Blackmere.
  - i.   John Blount, ancestor of the Blounts of Kinlet and Astley

XXIII.   (Sir) John Blount of Sodington (born 1306 at Sodington Hall; died circa 1358)

        a.    married Iseult de Mountjoy
                i.    (Sir) John Blount of Sodington
               ii.    (Sir) Walter Blount, namesake of the Shakespeare character Sir Walter Blunt in the play King Henry IV. Married Sanchia de Ayala, and progenitor of the Blounts of Mapledurham and the Blounts, Baron Mountjoy.

XXIV.   (Sir) Walter Blount of Rock, Worcestershire, England (born 1270; died 1324)
        a.    married Johanna de Sodington
                i.    (Sir) John Blount of Sodington

XXV.    William le Blunt of Belton-in-Rutland (fl. 1233)
        a.    married Isabel, widow of Henry Lovett, believed to have been the daughter of the Baron Beauchamp, later, Earl of Warwick
                i.    (Sir) Walter Blount of Rock

# Payment Voucher to Isaac Blount of Hencoop Swamp, for Services Rendered as a North Carolina militiaman during the American Revolutionary War



Ex. 1A



No. 1989

North-Carolina,
Newbern District.

THIS may certify, that *Isaac Blount*
of _____ County, for Militia Duty,
as per Capt. _____ Pay Roll, was
allowed the Sum of _____ _____

Specie, this _____ Day of *March* 1789

_____ District
_____ John Averitt _____ Auditors.

# Pitt County, North Carolina Committee on Safety Minutes (Benjamin Blount Listed as Member of Committee)[1]



Ex. 1B

[1] Found on the State of North Carolina Archives' Digital Collection Site at
https://digital.ncdcr.gov/digital/collection/p16062coll53/id/3228/rec/1 .

Record of the Proceeding
of the Committee in Pitt
County North Carolina

the Year 1774 & 1775.

——————o——————

Copied from the Original by
James H. McClure.
May 1851.

——————o——————

I have this day (1851) of Dr. John Doney Register
the original proceedings of the Committee of Safety
of Pitt County in 1774 &1775, to be deposited in the archives
of the Historical Society and I give a receipt from
the proper officer of said Society — a receipt for
them and a promise to return them whenever required
by the County Court.                    E. J. Hawley

North Carolina. Pitt County

August 16th 1774.

At a general Meeting of the Freeholders of the County, Opened at the Town of Martinborough —

John Harden Esqr in the Chair.

Resolved that as the Constitutional Assembly of this Province are prevented from Exercising their Right of Petitioning for the Security of the Liberties of the people, that Right again Reverts to the people as the foundation from whence all power and Legislation flow. —

Resolved, that John Simpson and Edward Salter Esqr do attend at the Town of Newbern on the 25th Inst, in Genial Convention of the province and there & Certify their Utmost Abhoran of the Greving System of Ministerial Despotism which now Threatens the Destruction of American Liberties and that our Deputies may be acquainted with the Sentiments of the people of this County, it is their Opinion, that you proceed to Chuse proper persons to Represent this province in a genial Congress of America to meet at such time and place as may be hereafter Agreed on, that their Delegates be instructed to a declaration of Rights setting forth that the British America and all its Inhabitants thereof shall be and Remain in due Subjection to the Crown of England, and to the Authorious power of the Throne, Submitting by their own Voluntary Act, and Surring all their free Obtained Rights and Libertyes as British and that it is the first Law of Legislation and of the British Constitution that no Man be Taxed but by his own Consent, Expressed by himself or by his Legale Representatives. — On Motion the same Meeting was then Dissolved. —

October the fourth 1774, at a Meeting of the freeholders of the County of Pitt, they then made Choice of

John Harden
John Simpson
Robert Salter
Edward Salter
William Bryan
Edmund Williams
Benjamin May
George Evans
Arthur Alkinson

To be a Standing Committee for this County and for of them to proceed to Business —

Martinborough
October 27th 1774 } The Committee then met and made Choice of Robt John Harden to be their Chairman, and Corwdil Williams Clerk, & then Adjorned to the first Thursday in December next —

George Evans          Jab Graham
Edmund Williams       Benjamin May
William Wilson        Amos Atkinson
and William Bryant

Whereas it is thought Expedient, that a Number of Members
be Added to the present Committee, Ordered that the Chairman
give Notice to the freeholders of this County to Meet at the
House of Mr. Sessill in Martinborough on the 23rd Inst.
then and there to Elect Such persons as they Many
think proper for carrying into Execution the Resolves of the
Congress, The Resolves of the Amon County Committee and
Such other Rules (which were will approved of by this
Committee — The Committee then Adjourned to the 23 of
this Inst.

    Signed by Jno. Simpson, Chairman


Martinborough June 23rd 1775.

The freeholders of the County of Pitt County Appearing and
Elected the following persons to be Added to the Committee of
this County — Viz

| | |
|---|---|
| Robert Cremmer | Richard Rees |
| Simon Pope | John Evans |
| Benjamin Brown | Jas. May, Jun. |
| Jos. Page | Jesse Tolley |
| Jno. Wilson | Wm. Bowles |
| Absalom Heyns | Godfrey Stanselle |
| Parker Lang | Solomon Shepperd |
| Robert Hodges | George Porter |
| Matthias Moon | Jno. Hatton |
| Levin Andrews | William Osborne |
| Edmd. Andrews | Markus Potter |
| Jonah Little | Jno. Manning |
| Wm. Casual | Jno. Rearles |
| Samuel Warren | Mathl. Noble |
| Hillery Casea | Michaen Coal |
| Lazarus Pierce | William Smith |
| Zachariah Ernes | William ___ |
| Dennis Danvers | Archd. Odom |
| James Brooks | Jos. Blount |
| Thos. Wolfenden | George Moye |
| Thos. Cuff | Geres Cook |
| Jno. Flemin | Othan Gould |
| Henry Ellis | Matthew Drummond |
| Nathaniel Moore | Jno. Anthony |
| Richd. Williams | Allen Briggs |
| Jacb. Sugg | Benjamin ___ |
| Jno. Flora | William ___ |

Jn° Carter      Wm Leslie
Benjamin Baird    Timothy Harris
John Ivey

No Fleming          John May
Isaac Hicks        Abraham Adams
Benj° Blount
Rob° Gray
Col° Moore
Josiah Oxley
Wm Baldwin
Sam° Warren
Thos Harden
Reb° Gelley
James Sears
Simon Jones
Mary Jones
Roland Acton
John Harden Sr
Thos Allston
Jn° Wallen
Jn° Brinkley
Wm Whitfield
Wm Grist
Walter Dixon
Jn° Gratling
Benj° Williamson
Samuel Hodges
John Smith
Thomas Braxton
Jn° Swain
Malachi Tingle
Joseph Pugh
George Outlaw

Mr Edenton, July 1st 1776
The Committee of this County Meet, Accoring to Order
as before adjourned And has Entered into the following
Resolutions —

We the Subscribers freeholders & inhabitants of the
County of ____ and town of ____ being deeply affected
with the present alarming State of this Province and of all
America — Do resolve that we will Pay all Due
Allegiance to his Majesty King George the Third and
Endeavour to Uphold the Supream of his Crown, in the
Situations given of ____ as we are Established, Against

the present or any future Mischief, Mercenary or Arbitrary Set of Men Whatsoever. At the same time We are Determined to Assert our Rights as Men and Seventh That these Acts of Parliament the most Valuable Liberties and Priveleges of America are invaded and Endeavors to be Violated and Destroyed and that under God the Preservation of these Depends on A firm Union of the Inhabitants and a Strict & spirited Observation of the Resolutions of the General Congress being Invoked at the same Since now Acting in the Massachusetts Bay and Determined never to become Slaves to any Power upon Earth. We do hereby Agree and Associate under all the Eyes of Religion, Honour and Regard for Posterity that we will Adopt and Endeavour to Execute the Measure which the General Congress now Sitting at Philadelphia may Conclude on for Preserving our Constitution and Opposing the Execution of the several Arbitrary Illegal Acts of the British Parliament and that we will Strictly Observe the Directions of our General Committee for the Purpose aforesaid the Preservation of Peace and Good Order and Security of Individuals and private Property.

John Simpson, Chairman.

| | |
|---|---|
| Amos Whitson | Wm. Jones |
| Robt. Cannon | Dennis Cannon |
| Nathl. Ross | Archibald Adam |
| Simon Pope | Thos. Wolford |
| John Evans | George Brown |
| Benjr. Brown | Benjr. May |
| James May Jur. | Arthur Fost |
| Wm. Bryan | James Lear |
| Willm. Nelson | James L... |
| John Nelson | Thomas Norfl... |
| Isaac X Kelly | Nathaniel Brown |
| Godfrey Sheffte | Mathew... |
| Robt. Salter | John Williams |
| Parker Lacy | Alex. Smyth |
| Edmund Williams | Jas. ... |
| James Gorham | Geo. East... |
| Asriel Perkins | William ... |
| John Fry | Jos. Jones |
| Mathias Stone | Jas. Emley |
| William Orsin | John Harris |
| Thomas Stokes | Richd. Mey... |
| Josiah Sittel | Nathan Bowley |
| Samuel Barron | |
| Richard Grise | |
| Lazarus Pearce | Thos. Richardson |
| Edward Salter | |
| Isaac Armstrong | |
| William Hous | John Standland |

Fred Gable     John Dexter

Thos X Allestre     John Harden
   mark

William Wallace     Josiah + Love
                      mark

John Page     Lemuel Cheney

Henry Williamson     Daniel Grimes

Thomas Gedney     Wm Lepte

John Smith     Abraham Stevens

Richard Williams

Joseph Baines     John R Nacy
                      mark

Wm Shepherd, 8 July 1775. Samuel Hancock

John + Bacon     John X Harvey
    mark                   mark

Lemuel Warner     William Conbroy

Peter Kerr     Arnell Hodges

Samuel X Brooks     Wm Kearney
    mark

John Stephenson     Abner Hughes

Robt Hodges     John Atwater

Benjn Tilent     George Moye Sr
    mark

Geo Lakener     John Moye Jnr

John Kerker

Henry Ellis

John Evans.

Resolved that the following Rules may be observed by
the Committee That any Member having a motion to make to
Address the Chairman no Member to interrupt another Member
when speaking. No Member to speak more than twice on any
one debate without leave any Member to speak as short and
keep as near the nature of the debate will admit.

That in case of absence of the Committee they all do keep
their votes ............................ against all to prevent
.............................. may sign the proceedings on behalf
of the Committee — that the Chairman have power to convene
the Committee in case of any Emergence. That the
Chairman call any Member to order when out of Rule
In case the Chairman be absent at any Meeting of the Committee
the Committee may chuse a president to act in his behalf —

Resolved that the following persons be appointed as Patrollers
to search all suspected places &c. and finding any Negroe
Slave or Slaves from their Masters Lands without a pass from
his Master Mistress or Overseer, to take the said Slave or Slave
and give them that due Lashes or less if they think proper and
if any Negroe slave be found death any fire Arms or
he suspected that the said Patrollers may seize and take away
any such arms and sell them at public sale first giving
advertise and such the Money Arising from such sale to be
paid into the hands of the Churchwardens of St Michaels

# 1840 United States Census for Hancock County, Georgia, Listing Isaac Blount as a Revolutionary War Veteran



Ex. 1C

SCHEDULE of the whole number of persons within the division allotted to ... the Marshal of the ...

FREE WHITE PERSONS, INCLUDING HEADS OF FAMILIES.

FREE COLORED PERSONS.

| NAMES OF HEADS OF FAMILIES. |
| --- |
| Hancocks |
| James Rachild |
| James Crawford |
| John Rachild |
| Thomas Geffrin |
| Samuel Hubby |
| W. H. Mc Donald |
| James Crawford jr |
| John Green |
| William Johnson |
| Asa Gard |
| Dave Long |
| Martha Long |
| Martin Groman |
| Shervard Hubbard |
| Samuel Richison |
| John Mesquith |
| Elijah Dirkson |
| Joseph Garret |
| Robert Hubbard |
| Dennis Hubert |
| Ebal Johnson |
| Martin Hubert |
| Robert Crawford |
| Richard Austin |
| Bartly White |
| James H. Dunn |
| John L. Crawford |
| Jesse Alcott |
| John Nichols |
| Cornel Beckum |
| Thomas Mc Inzer |
| Anaza Vinum |

Price Street

Isaac Street

FILM

# Blount Family of Astley and Kinlet
## Coat of Arms



Ex.
1D

# Charles Blount, 8th Baron Mountjoy and Earl of Devonshire, 1603-1606 Print, from The British Museum, Museum number:1906,0723.33



Ex. 1E



Ex. 1F

Lastly

I appoint my Loveing wife Ann Blount Whole & Sole Exece-
: trix of this my last will & Testament desireing hir to bee carefull
In every artikle & Clause thereof, & for Confirmation of y same
I have hereunto set my hand & Seale this Ninth day of July
In the Yeare of o^r Lord God one Thousand six hundred Eighty
and five. March y 10th 1685 :-

Before signing sealing or publication I doo here by appoint
that In Case my Son John Should Dy without heirs male
then I give & bequeath all my Lands and houses to y heirs
male of my Son Thomas Blount & Doe Successively doe
entaile the Same on the heirs male of my Said Thomas
for Ever : but Incase the heirs male of my Said Son John
& Thomas Should both faile then I Entaile the Same on the
heirs Generall of my Son John first then of my Son
Thomas and if both Should faile then of the heirs of my
Daughter ct Blount and Elizabeth Hawkins . . . . . . .

Signed Sealed & published                James Blount
as his last will and Testament
in presence of

            his marke
Jane    M  Miller

John Hall

William Dobson

Dirk Pettingall

This will proved by John Hall & Jane Miller and th
Seaventh day of                            1686
Eleaventh of July 1686 who upon their oaths (before
mee) duely administred did attest that they see the above
named James Blount signe & seale, heard him declare
this above written to bee his last will & testam^t
                                    Seth Sothell
Recorded                          in Secr^s Office

# 1684 Land Grant from the Lords Proprietor of the Colony of North Carolina to James Blount, Esq.



Secretary of State
Land Office
Land Grants
Patent Books
Book 1, Page 86
File No. 42
Chowan County
James Blount
1684
S. 108. 160. 1

Ex.
1G

86. To all &c. Know ye &c. Do hereby give and grant unto Thomas
for a tract of land of 640 Acres lying on the South side of
dejond freck in furatuck prect, beginning at a marked
pine standing by the creek side it being John Benets
S.W. corner tree, then S. East with the said Bennetts
line 320 po. then S. West 320 po. then N. West 320 po. to
a white Oak standing, in a line of a tract of land
taken up by Wm Strafford on the South side of
the d Creek, then down ye said freck by Various Courses
to the first Station, to Hold &c Given &c the 25th day
of feby 1696. Witness &c. John Archdale., Dan'd
Akhurst, ffra, fiday, Tho Pollock., Gawn Swann
Henderson Walker

Know ye &c that We have granted unto James Blount
Esqr a plantation containing Six hundred and sixty Acres of land
English measure lying and being on the North side of Albemarle
River in the Precinct of Chowan bounded, beginning at a marked
pine standing by the River side, & running from the said
pine along the River side West & by North three hundred
twenty four perches to a Hiccory Stump and from the said
Stump with a line drawn into the woods North half a
point Easterly &c — three hundred twenty
perches to a marked Gum, and from the said Gum with
a line drawn East & by South three hundred twenty-
four perches to a Maple, & from the d Maple with a line
drawn South half a point Westerly to the first bounded
tree, to Hold &c Given &c the       day of
       Anno Domini 1684. Witness &c —

Know ye &c that We Do hereby grant unto Deborah
Sutton Widow &c A plantation containing two hundred and
eighty Acres of Land English measure, lying and being upon
the East side of Piquemons River in the Precinct of Piquimons
bounded, beginning at a marked pine standing by ye freck side
and running up with the saide freck North & by West half
a point Westerly to a marked Cypress standing in a small poco-
son by ye side of ye saide freck, & from the said Camp with
a line drawn into the woods for length East & by North three

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| MARK JEROME JOHNSON BLOUNT, ( | |
| ( | |
| Plaintiff, ( | |
| ( | |
| v. ( | |
| ( | |
| THE UNITED STATES OF AMERICA; ( | CIVIL ACTION FILE NO.: |
| MERRICK GARLAND, Attorney General of ( | |
| the United States, in his OFFICIAL and ( | |
| INDIVIDUAL capacities; THE BUREAU OF ( | |
| ALCOHOL, TOBACCO, FIREARMS AND ( | |
| EXPLOSIVES, an agency of the United States ( | |
| of America; and BERNARD G. HANSEN, ( | |
| Special Agent in Charge of the Bureau of ( | |
| Alcohol, Tobacco, Firearms and Explosives, ( | |
| Kansas City Field Division, in his OFFICIAL ( | |
| and INDIVIDUAL capacities, ( | |
| ( | |
| Defendants. ( | |
| ( | |
| ( | |
| ( | |
| ( | |
| ( | |
| ( | |

## VERIFICATION

Personally appeared before me the undersigned officer duly authorized to administer

oaths, Mark Jerome Johnson Blount, Esq., who having been duly sworn, avers under oath that he

is the Plaintiff in the above-styled action, and further avers that the allegations contained within

the foregoing COMPLAINT FOR DECLARATORY JUDGMENT, INJUNCTIVE RELIEF,

AND ATTORNEY'S FEES are true and correct and that he has personal knowledge of said facts

and allegations therein. Plaintiff also avers under oath that the Blount family genealogy,

genealogical history, records, and familial arms, attached as Exhibits 1, 1A, 1B, 1C, 1D, 1E, 1F,

and 1G to said complaint, are true and correct, and that he has personal knowledge of said genealogy, genealogical history, records, and familial arms.

Mark Jerome Johnson Blount, Esq.

Sworn to and subscribed before me
this 5th day of April, 2023.

Notary Public, State of Missouri

My commission expires: 08-27-2024

JONATHAN WILSON
Notary Public - Notary Seal
State of Missouri
Greene County
My Commission Expires 08-27-2024
Commission # 20949201