# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MARK JEROME JOHNSON BLOUNT,     ( <br> ( <br> Plaintiff, ( <br> ( <br> v. ( <br> ( <br> THE UNITED STATES OF AMERICA; ( <br> MERRICK GARLAND, Attorney General of ( <br> the United States, in his OFFICIAL and ( <br> INDIVIDUAL capacities; THE BUREAU OF ( <br> ALCOHOL, TOBACCO, FIREARMS AND ( <br> EXPLOSIVES, an agency of the United States ( <br> of America; and BERNARD G. HANSEN, ( <br> Special Agent in Charge of the Bureau of ( <br> Alcohol, Tobacco, Firearms and Explosives, ( <br> Kansas City Field Division, in his OFFICIAL ( <br> and INDIVIDUAL capacities, ( <br> ( <br> Defendants. ( | CIVIL ACTION NO.: 6:23-CV-3106-MDH |

Affidavit of Proof of Service

Personally appeared before me, the undersigned officer duly authorized to administer oaths, Mark Jerome Johnson Blount, Esq., who having been duly sworn, avers under oath that he is the Plaintiff in the above-styled action, and further avers:

That he filed his pro se complaint in the United States District Court for the Western District of Missouri by mailing said verified complaint, together with all of the exhibits thereto, and the filing fee to the Clerk of Court for the Western District of Missouri on April 5, 2023. On April 7, 2023, his pro se complaint was formally filed with the District Court for the Western District of Missouri. The Clerk of Court issued summonses for all of the government defendants

named in this complaint, in their official capacities, and for Defendants Garland and Hansen in their individual capacities.

On April 15, 2023, he sent, by certified mail, a signed and sealed summons for Defendant United States and a copy of his pro se complaint to the Civil Process Clerk at the U.S. Attorney's Office for the Western District of Missouri, at their office in Springfield, Missouri, pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, as is required to effectuate service of process on Defendant United States. (Ex. 1 to Affidavit) On April 15, 2023, he sent, by certified mail, a signed and sealed summons for Defendant United States and a copy of his pro se complaint to Defendant Garland, Attorney General of the United States, at the headquarters of the Department of Justice in Washington, D.C., pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, as is required to effectuate service of process on Defendant United States. (Ex. 1 to Affidavit)

On April 15, 2023, he sent, by certified mail, a signed and sealed summons for Defendant Garland, in his official capacity, and a copy of his pro se complaint to the Defendant Garland, Attorney General of the United States, at the headquarters of the Department of Justice in Washington, D.C., pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, as is required to effectuate service of process on Defendant Garland in his official capacity. In the same envelope sent to Defendant Garland, in which he included the summonses and copies of his pro se complaint necessary to effectuate service of process on Defendant United States and Defendant Garland in his official capacity, Plaintiff also included a clearly marked waiver of service request, which complied with all of the formalities of Rule 4(d) of the Federal Rules of Civil Procedure, requesting that Defendant Garland waive service of process in his individual capacity. (Ex. 1 to Affidavit) According to the United States Postal Service's tracking feature on its website, the summonses and copies of Plaintiff's pro se complaint sent to Defendant Garland,

Attorney General of the United States, were delivered to the Government Mail Annex located at 3300 V Street, Washington, D.C. 20018, on April 18, 2023, and picked up on April 19, 2023.

On April 15, 2023, he sent, by certified mail, a signed and sealed summons and a copy of his pro se complaint to Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives, hereinafter "BATF," an agency of the United States, at its headquarters in Washington, D.C., pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, as is required to effectuate service of process on said defendant. (Ex. 1 to Affidavit) According to the United States Postal Service's tracking feature on its website, the summons and copy of Plaintiff's pro se complaint sent to Defendant BATF were delivered to the Government Mail Annex located at 3300 V Street, Washington, D.C. 20018, on April 18, 2023, and picked up on April 19, 2023.

On April 15, 2023, he sent, by certified mail, a signed and sealed summons and a copy of his pro se complaint to the Defendant Hansen, Special Agent in Charge of the Bureau of Alcohol, Tobacco, Firearms and Explosive, Kansas City Field Division, at the Kansas City Field Office of the BATF, pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, as is required to effectuate service of process on Defendant Hansen in his official capacity. In the same envelope sent to Defendant Hansen, in which Plaintiff included the summons and copy of his pro se complaint necessary to effectuate service of process on Defendant Hansen in his official capacity, he also included a clearly marked waiver of service request, which complied with all of the formalities of Rule 4(d) of the Federal Rules of Civil Procedure, requesting that Defendant Hansen waive service of process in his individual capacity. (Ex. 1 to Affidavit) According to the United States Postal Service's tracking feature on its website, the summons and copy of Plaintiff's pro se complaint sent to Defendant Hansen were delivered to on April 17, 2023.

Plaintiff, Mark Jerome Johnson Blount, Esq., states that such allegations are true and correct the best of his knowledge, and further avers that the certified mail receipts attached as Exhibit 1 to this affidavit are a true, correct, and accurate copy of the originals. Further affiant sayeth not.

_____
Mark Jerome Johnson Blount, Esq.

Sworn to and subscribed before me this 26th day of June, 2023.

_____
Notary Public, State of Missouri
My Commission Expires: 06 Dec 2024

TYERA SUTTON
Notary Public – Notary Seal
STATE OF MISSOURI
Christian County
My Commission Expires Dec. 6, 2024
Commission #16439980




Receipt 1 (top left): 7022 1670 0002 8270 3607
Sent To: Attn: Civil Process Clerk, U.S. Attorney's Office
Hammons Tower, Suite 500, 901 St. Louis Street,
Springfield, MO 65806
Certified Mail Fee $4.15, Postage $17.10, Total $21.25
Postmark: NIXA, MO 65714, APR 15 2023

Receipt 2 (top right): 7022 1670 0002 8270 3584
Sent To: Attn: Agent Hansen, Bureau of Alcohol, Tobacco...
1251 NW Briarcliff Pkwy, Suite 600
Kansas City, MO 64116
Certified Mail Fee $4.15, Postage $17.10, Total $21.25
Postmark: NIXA, MO 65714, APR 15 2023



Receipt 3 (bottom left): 7022 1670 0002 8270 3591
Sent To: Attn: Merrick Garland, U.S. Dept. of Justice
905 Pennsylvania Ave., NW
Washington, D.C. 20530
Certified Mail Fee $4.15, Postage $17.10, Total $21.25
Postmark: NIXA, MO 65714, APR 15 2023

Receipt 4 (bottom right): 7022 1670 0002 8270 3577
Sent To: The Bureau of Alcohol, Tobacco, Firearms and Explosives
99 New York Ave., NE
Washington, D.C. 20226
Certified Mail Fee $4.15, Postage $17.10, Total $21.25
Adult Signature Required checked
Postmark: NIXA, MO 65714, APR 15 2023

Ex. 1

# CERTIFICATE OF SERVICE

      I hereby certify that on June 26, 2023, I electronically filed the foregoing Affidavit of Proof of Service with the Clerk of Court using the CM/EMF system and that I have mailed by United States Postal Service the foregoing to the following:

Defendant Garland, in his individual capacity at:

Attn: Merrick Garland, Att. Gen. U.S.
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Defendant Hansen, in his individual capacity at:

ATTN: Agent Hansen
1251 NW Briarcliff Pkwy, Suite 600
Kansas City, MO 64116

/s/ Mark J. Blount
Mark Jerome Johnson Blount, Esquire
Juris Doctor, 2020, Duke University School of Law
Georgia Bar Member Number: 539062
Missouri Bar Member Number: 75092
*Pro Se*
664 N Montego St.,
Nixa, MO 65714
markblountesquire@gmail.com
(478) 232-2167

Date: 06/26/2023