IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| MARK JEROME JOHNSON BLOUNT, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 6:23-cv-03106-MDH |
| UNITED STATES OF AMERICA, MERRICK GARLAND, Attorney General of the United States, in his OFFICIAL and INDIVIDUAL capacities; THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, an agency of the United States of America; and BERNARD G. HANSEN, Special Agent in Charge of the Bureau of Alcohol, Tobacco, Firearms and Explosives, Kansas City Field Division, in his OFFICIAL and INDIVIDUAL capacities, | ) |
| Defendants. | ) |

**DEFENDANTS UNITED STATES OF AMERICA, THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, MERRICK GARLAND IN HIS OFFICIAL CAPACITY AND BERNARD G. HANSEN IN HIS OFFICIAL CAPACITY'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION OR, IN THE ALTERNATIVE, FOR FAILURE TO STATE A CLAIM**

Defendants the United States of America, the Bureau of Alcohol, Tobacco, Firearms, and Explosives, Merrick Garland—in his official capacity as Attorney General of the United States—and Bernard G. Hansen—in his official capacity as Special Agent in Charge of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, Kansas City Field Division (hereinafter "federal defendants")—hereby move to dismiss pro se Plaintiff Mark Jerome Johnson Blount's complaint, ECF No. 1, for lack of subject matter jurisdiction and for failure to state a claim. The federal defendants incorporate their Suggestions in Support of this motion filed contemporaneously

herewith.

Respectfully submitted,

Teresa A. Moore
United States Attorney


By: /s/ *Wyatt R. Nelson*
Wyatt R. Nelson
Assistant United States Attorney
Missouri Bar No. 72944
901 St. Louis Street, Suite 500
Springfield, MO 65806
Telephone: (417) 831-4406
Facsimile: (417) 831-0078
ATTORNEY FOR DEFENDANTS
UNITED STATES OF AMERICA,
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES,
MERRICK GARLAND, in his official capacity,
*and* BERNARD G. HANSEN, in his official
capacity
Wyatt.Nelson@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August 2023, a true and correct copy of the foregoing document was filed with the Court using the Court's CM/ECF system and was served upon each attorney of record via ECF notification and/or via first class mail to the address indicated below.

Mark Jerome Johnson Blount
664 N. Montego St.
Nixa, MO 65714


/s/ *Wyatt R. Nelson*

Wyatt R. Nelson
Assistant United States Attorney