# JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| MARK BLOUNT, | ) |
| | ) |
| vs. | ) Case No. 23-3106-CV-S-MDH |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |

__ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

It is **THEREFORE ORDERED** Plaintiff's Complaint should be dismissed for lack of standing. Defendants' Motion is GRANTED and the Court dismisses Plaintiff's Complaint without prejudice.

**IT IS SO ORDERED**.


 October 4, 2023                     Paige Wymore-Wynn
Date                                 Clerk of Court


Entered on: October 3, 2023          s/Linda Howard
                                     (By) Deputy Clerk