# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

<u>Mark Jerome Johnson Blount</u> )
**Plaintiff/Petitioner** )
<u>The United States of America; Merrick Garland,</u> )
<u>in his official and individual capacities; The Bureau of Alcohol, Tobacco,</u> )
<u>Firearms and Explosives, an agency of the United States; and Bernard G.</u> ) Case No. <u>6:23-CV-3106-MDH</u>
<u>Hansen, in his official and individual capacities</u> )
**Defendant/Respondent** )
)
)
)

## NOTICE OF APPEAL
## TO THE US COURT OF APPEALS FOR THE <u>EIGHTH</u> CIRCUIT

Notice is hereby given that I <u>Mark Jerome Johnson Blount, Esq.,</u> the

Name of party taking the appeal

<u>plaintiff/petitioner</u> hereby appeal to the United States Court of Appeals for

plaintiff, petitioner, defendant or respondent

the <u>Eighth</u> Circuit from the final judgment <u>X</u> or an order _____

name of the circuit                                       check this one         or this one

entered in this action on the <u>3rd</u> day of <u>October</u>, <u>2023</u>.

Signed <u>MJB</u>
Attorney ~~for~~ / <u>Pro Se</u>
Address: <u>664 N. Montego St.</u>
<u>Nixa, MO 65714</u>

Phone: <u>478-232-2167</u>
Fax: _____
E-Mail: <u>markblountesquire@gmail.com</u>