Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

| **Case Caption: Blount v. The United States of America et al** | **Case No.: 6:23-cv-03106-MHD** |
|---|---|
| Appellant: **Mark Jerome Johnson Blount, I** | Appellee: **The United States of America; Merrick Garland; The Bureau of Alcohol, Tobacco, Firearms and Explosives; Bernard G. Hansen** |
| Appellant's Attorney(s):<br><br>**Mark Jerome Johnson Blount, I**<br>**664 N. Montego Street**<br>**Nixa, MO 65714**<br>**478-232-2167**<br>**markblountesquire@gmail.com** | Appellee's Attorney(s):<br><br>**Wyatt Nelson**<br>**U.S. Attorney's Office**<br>**Hammons Tower, Suite 500**<br>**901 St. Louis Street**<br>**Springfield, MO 65806**<br>**417-575-8143**<br>**Wyatt.nelson@usdoj.gov** |
| Court Reporter(s):<br><br>**None listed.** | Please return files and documents to:<br><br>**United States District Court**<br>**222 N. John Q. Hammons Parkway; Suite 1400**<br>**Springfield, MO 65806**<br><br>Contact Person for Appeal:<br>**spfdgen@mow.uscourts.gov** |

| Length of Trial:<br>**NA** | Fee Paid:<br>**Yes** | IFP:<br>**No** | Pending IFP Motion:<br>**No** |
|---|---|---|---|
| Counsel:<br>**Pro Se** | Pending Motions?<br>**No** | Local Interest?<br>**No** | Simultaneous Release?<br>**No** |

**Criminal Cases / Prisoner Pro Se Cases Only: N/A**

| Defendant incarcerated?<br>**Yes/No** | Where? | Multiple defendants? If so, please list.<br>**N/A** |
|---|---|---|

**Special Comments:**

_____
_____
_____
_____