**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

October 10, 2023

Mark Jerome Johnson Blount I
664 N. Montego Street
Nixa, MO 65714

   RE: 23-3245 Mark Johnson Blount, I v. United States, et al

Dear Appellant:

   The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

   Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

   Your appeal is being referred to the court. No briefing schedule will be established, and no additional pleadings are required from you. Our office will advise you of any action taken in your case.

   On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

   Please contact us if you have any questions about the case.

        Michael E. Gans
        Clerk of Court

CAH

Enclosure(s)

cc: Wyatt R. Nelson
  Paige A. Wymore-Wynn

   District Court/Agency Case Number(s): 6:23-cv-03106-MDH

**Caption For Case Number:   23-3245**

Mark Jerome Johnson Blount, I

       Plaintiff - Appellant

v.

United States of America; Merrick Garland, Attorney General of the United States, in his official and individual capacities; Bureau of Alcohol, Tobacco, Firearms and Explosives, as agency of the United States of America; Bernard G. Hansen, Special Agent in Charge of the Bureau of Alcohol, Tobacco, Firearms and Explosives, Kansas City Field Division, in his official and individual capacities

       Defendants - Appellees

**Addresses For Case Participants:   23-3245**

Mark Jerome Johnson Blount I
664 N. Montego Street
Nixa, MO  65714

Wyatt R. Nelson
U.S. ATTORNEY'S OFFICE
Suite 500
901 East St. Louis Street
Springfield, MO  65806-2511

Paige A. Wymore-Wynn
U.S. DISTRICT COURT
Western District of Missouri Clerk's Office
Suite 1400
222 N. John Q. Hammons Parkway
Springfield, MO  65806-0000