# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-3245

Mark Jerome Johnson Blount, I

Appellant

v.

United States of America, et al.

Appellees

___

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:23-cv-03106-MDH)

___

## MANDATE

In accordance with the judgment of December 4, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 19, 2024

Clerk, U.S. Court of Appeals, Eighth Circuit